# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>106 RIVER FALLS DRIVE<br>DUNCAN, SC 29334<br>(864) 433-1511<br>FAX (864) 433-1519<br>Edward_Smith@ca4.uscourts.gov | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>**FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA |

February 18, 2015

Re: 15-1040, Barry Zuckerman v. Wal-Mart Stores East, L.P.

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Monday, February 23, 2015 at 2:00pm EASTERN time.

    Thank you for your assistance in this matter.

                                                                          Sincerely,

                                                                Edward G. Smith
                                                                Circuit Mediator

Copies:  Kathleen Chewning Barnes
              David Holt Berry
              Patrick W. Carr
              James Eric Cavanaugh